

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2023

No. 04-22-00803-CR

Kelvin James **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0167-CR
Honorable Robert E. Cadena, Judge Presiding

## O R D E R

On February 10, 2023, the court reporter filed a notification of late record requesting an extension of time to file the reporter's record. We GRANT the reporter's request for extension. The court reporter is ORDERED to file the reporter's record with this court **no later than March 9, 2023**. *Further requests for extension of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court